UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| ESTHER E BAINES, | ) | Case No: 6:24-cv-00796-PGB-LHP |
| Plaintiff, | ) | **COMPLAINT** |
| vs. | ) | |
| **Central Portfolio Control Inc.** *also known as* **CPC Credit Vision** | ) | |
| Defendant. | ) | Jury Trial: ☒ Yes ☐ No |

### NOTICE OF DISMISSAL

Plaintiff, ESTHER E BAINES, pursuant to Rule 41(a)(1)(A)(i), hereby dismisses with prejudice all claims and causes of action asserted against defendants **Central Portfolio Control Inc.** *also known as* **CPC Credit Vision**, in the above numbered captioned action, with each party to bear its own cost.

Date: 6/20/24

ESTHER E BAINES
303 CELLO CIR
WINTER SPRINGS FL 32708
Bainesfamily2012@gmail.com

COMPLAINT FOR A CIVIL CASE - 1