# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ESTHER E. BAINES,**

       **Plaintiff,**

v.                                   **Case No: 6:24-cv-796-PGB-LHP**

**CENTRAL PORTFOLIO**
**CONTROL INC.,**

       **Defendant.**
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed June 20, 2024. (Doc. 17).[1] Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is due to be dismissed on terms the Court deems proper. *See, e.g.*, FED. R. CIV. P. 41(a)(2); *Sanchez v. Disc. Rock & Sand, Inc.*, 84 F.4th 1283, 1292 (11th Cir. 2023). Accordingly, Plaintiff's claims against Defendant Central

---

[1] In Plaintiff's Notice of Voluntary Dismissal, Plaintiff "hereby dismisses with prejudice all claims and causes of action" against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 17). However, Rule 41(a)(1)(A)(i) provides that a plaintiff may only dismiss an action "without a court order by filing . . . a notice of dismissal *before the opposing party serves either an answer* or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i) (emphasis added). If the opposing party has served either an answer or motion for summary judgment, a plaintiff must file "a stipulation of dismissal signed by all parties who have appeared" in order to dismiss an action without a court order. FED. R. CIV. P. 41(a)(1)(A)(ii).

Defendant has filed an Answer in this action. (Doc. 13). Accordingly, Plaintiff's Notice of Voluntary Dismissal does not comply with Rule 41(a)(1)(A)(i). (Doc. 17). Nevertheless, shortly after Plaintiff filed its Notice of Voluntary Dismissal, Defendant filed a Notice indicating it does "not object or oppose Plaintiff's request to dismiss the case with prejudice." (Doc. 18). As such, the Court is due to dismiss this action by Court Order, on terms it considers proper, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Portfolio Control Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 24, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties